DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

———————————————

JOHN L. RUSSO,

Appellant,

v.

THE ESTATE OF JOHN RUSSO SR.,
deceased,

Appellee.

No. 2D20-1947

———————————————

September 17, 2021

Appeal from the Circuit Court for Lee County; Alane C. Laboda,
Judge.

Matthew S. Toll and Matthew M. Jackson, of TOLL LAW, Cape
Coral, for Appellant.

Nicholas S. Agnello of Burr & Forman LLP, Ft. Lauderdale, for
Appellee.


PER CURIAM.

        Affirmed.

ROTHSTEIN-YOUAKIM, ATKINSON, and SMITH, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.